RICHARD J. NELSON (State Bar No. 141658)
E-Mail: *rnelson@sideman.com*
SIMONE M. KATZ-O'NEILL (State Bar No. 246490)
E-Mail: *soneill@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for JEAN DONALDSON

DAMIEN P. LILLIS (State Bar No. 191258)
dlillis @slplawfirm.com
ANDREW L. MINEGAR (State Bar No. 280330)
aminegar@slplawfirm.com
115 Sansome Street, Suite 1005
San Francisco, California 94104
Telephone: 415) 814-0405
Facsimile (415) 217-7011

MARTIN L. PITHA (State Bar No. 192447)
mpitha@slplawfirm.com
SMITH LILLIS PITHA LLP
18201 Von Karman Avenue, Suite 1080
Irvine, California 92612
Telephone: (949) 209-9020
Facsimile: (949) 759-1845

Attorneys for Defendants
PERFECT PAWS COMPANY LLC,
RICHARD BENNETT, and DAVID ROOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEAN DONALDSON, an individual, | Case No. CV-12-4225 EMC |
| Plaintiff, | **Stipulation of Dismissal** |
| v. | Judge: Honorable Edward M. Chen |
| PERFECT PAWS COMPANY LLC, a California limited liability company, RICHARD BENNETT, an individual, DAVID ROOS, an individual, | |
| Defendants. | |

1   It is HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

DATED: January 9, 2013                SIDEMAN & BANCROFT LLP

By:   */s/ Simone M. Katz-O'Neill*
      Simone M. Katz-O'Neill
      Attorneys for JEAN DONALDSON

DATED: January 9, 2013                SMITH LILLIS PITHA LLP

By:   */s/ Andrew L. Minegar*
      Andrew L. Minegar
      Attorneys for PERFECT PAWS COMPANY
      LLC, RICHARD BENNETT, AND DAVID
      ROOS

6368-4\1647906v1

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

